1 | LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 | LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
3 | CHICO, CALIFORNIA 95926
Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

6 | Attorneys for Plaintiff Robert Dodson

8 | RAY L. WONG, SBN 84193
DUANE MORRIS LLP
ONE MARKET, SPEAR TOWER, SUITE 2000
9 | SAN FRANCISCO, CALIFORNIA 94105
Telephone: (415) 957-3000
10 | Facsimile: (415) 957-3001
Email: RLWong@DuaneMorris.com

12 | Attorney for Defendant Wendy's International, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:09-CV-00873-FCD-KJM |
|     Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| WENDY'S INTERNATIONAL INC., dba WENDY'S OLD FASHIONED HAMBURGERS #1562241, | |
|     Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, WENDY'S INTERNATIONAL INC., dba WENDY'S OLD FASHIONED HAMBURGERS #1562241, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action. All parties to bear their own respective costs and attorneys' fees.

Dated: July 13, 2009          DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: July 13, 2009          DUANE MORRIS LLP

*s/s Ray L. Wong*
RAY L. WONG
Attorney for Defendant Wendy's International, Inc.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 09-CV-00873-FCD-KJM, is hereby dismissed with prejudice. All parties to bear their own respective costs and attorneys' fees.

Dated: July 14, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE